■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD WILSON, Also Known as REGINALD M. WILSON, Appellant. (Appeal No. 2.) [967 NYS2d 859]—Appeal from an amended sentence of the Genesee County Court (Robert C. Noonan, J.), rendered June 22, 2010. The amended sentence directed defendant to pay restitution.

It is hereby ordered that the amended sentence so appealed from is unanimously affirmed.

Same memorandum as in *People v Wilson* (108 AD3d 1011 [2013]). Present—Scudder, P.J., Peradotto, Carni, Lindley and Whalen, JJ.